UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SOLIS, <br>             Petitioner, <br>     vs. <br> RONALD BARNES, Warden, <br>             Respondent. <br> _____ | ) Case No. CV 12-3569 JSL (MRW) <br> ) <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 5/3/13                                    _/s/ Spencer Letts_____
                                                           HON. J. SPENCER LETTS <br>
                                                           UNITED STATES DISTRICT JUDGE